# Third District Court of Appeal
## State of Florida

Opinion filed December 31, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0965
Lower Tribunal Nos. F98-23849A, F98-23931C,
F98-24193A, F98-23848

_____

**Luis M. Gutierrez,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Luis M. Gutierrez, in proper person.

James Uthmeier, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before FERNANDEZ, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.